RYAN J. MARTON (223979)
ryan@martonribera.com
CAROLYN CHANG (217933)
carolyn@martonribera.com
HECTOR J. RIBERA (221511)
hector@martonribera.com
PHILLIP J. HAACK (262060)
phaack@martonribera.com
SONGMEE L. CONNOLLY (228555)
songmee@martonribera.com
MARTON RIBERA SCHUMANN & CHANG LLP
548 Market Street, Suite 36117
San Francisco, CA 94104
Tel.: (415) 360-2511

Attorneys for ZOHO CORPORATION
PVT. LTD., ZOHO CORPORATION, and
ZOHO TECHNOLOGIES CORPORATION

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZOHO CORPORATION PVT. LTD., ZOHO CORPORATION, and ZOHO TECHNOLOGIES CORPORATION, <br><br> Plaintiffs, <br><br> v. <br><br> ORION LABS TECH, LLC <br><br> Defendant. | Case No: 5:25-cv-8727-VKD <br><br> **STIPULATED REQUEST FOR ORDER CHANGING TIME; [PROPOSED] ORDER THEREON** <br><br> Judge: The Hon. Virginia K. DeMarchi <br><br> Action Filed: October 10, 2025 <br><br> Re: Dkt. No. 26 <br><br> (MODIFIED BY THE COURT) |

Pursuant to Civil L.R. 6-2 and 7-12, Plaintiffs Zoho Corporation Pvt. Ltd. ("ZCPL"), Zoho Corporation ("Zoho Corp."), and Zoho Technologies Corporation ("Zoho Technologies") (collectively, "Zoho" or "Plaintiffs") and Defendant Orion Labs, LLC ("Orion Labs" or "Defendant") hereby submit this stipulated request to extend the briefing schedule and hearing date on Defendant's Motion to Dismiss for Lack of Jurisdiction [ECF No. 21] ("Motion to Dismiss") and Motion to Change Venue to the Western District of Texas Pursuant to 28 U.S.C. § 1404 (a) and Equitable Considerations [ECF No. 22] ("Motion to Change Venue") as follows:

| Event | Current Date | New Proposed Date |
|---|---|---|
| Deadline to file Oppositions to Motion to Dismiss and Motion to Change Venue | Friday, December 26, 2025 | Friday, January 9, 2025 |
| Deadline to file Replies in support of Motion to Dismiss and Motion to Change Venue | Friday, January 2, 2025 | Friday, January 16, 2025 |
| Hearing date on Motions | Tuesday, January 13, 2025 @ 10am | Tuesday, January 27, 2025 @ 10am (or as otherwise ordered by the Court) |

As set forth in the accompanying Civil L.R. 6-2(a) attorney declaration, the requested time modifications are being made to accommodate the upcoming holidays. The only previous time modification in the case has been to extend by thirty (30) days Defendant's time to respond to the First Amended Complaint from November 12, 2025 to December 12, 2025. *See* ECF 18. The time modifications requested herein are not expected to affect the current case schedule.

Dated:  December 17, 2025

Respectfully submitted,

By: */s/ Ryan J. Marton*
        Ryan J. Marton

Ryan J. Marton (SBN 223979)
Carolyn Chang (SBN 217933)
Hector J. Ribera (SBN 221511)
Phillip J. Haack (SBN 262060)
Songmee L. Connolly (SBN 228555)
**MARTON RIBERA SCHUMANN & CHANG LLP**
548 Market Street, Suite 36117
San Francisco, California 94104
Telephone.: (415) 360-2511
Email: ryan@martonribera.com
Email: carolyn@martonribera.com
Email: hector@martonribera.com
Email: phaack@martonribera.com
Email: songmee@martonribera.com

Attorneys for Plaintiffs
ZOHO CORPORATION PVT. LTD., ZOHO
CORPORATION, and ZOHO TECHNOLOGIES
CORPORATION

Dated:  December 17, 2025

By: */s/James F. McDonough, III*
        James F. McDonough, III

Ryan E. Hatch (SBN 235577)
**HATCH LAW, P.C.**
13323 Washington Blvd, Suite 302
Los Angeles, California 90066
Telephone: (310) 279-5076
Facsimile: (310) 693-5328
Email: ryan@hatchlaw.com

Travis E. Lynch (SBN 335684)
James F. McDonough, III (*pro hac vice* admitted)
Jonathan R. Miller (*pro hac vice* admission
anticipated)
**ROZIER HARDT MCDONOUGH PLLC**
659 Auburn Avenue NE, Unit 254
Atlanta, Georgia 30312
Telephone: (404) 564-1866, -1863, -1862
Email: lynch@rhmtrial.com
Email: jim@rhmtrial.com
Email: miller@rhmtrial.com

Attorneys for Defendant
ORION LABS TECH, LLC

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## **SIGNATURE ATTESTATION**

Pursuant to Civil L.R. 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from counsel for Defendant.

Dated:  December 17, 2025                         By:   */s/ Ryan J. Marton*
                                                              Ryan J. Marton

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**[PROPOSED] ORDER**

Pursuant to the parties' stipulation, and good cause appearing, the Court GRANTS the parties'

Stipulated Request for Order Changing Time as follows:

| Event | Current Deadline | New Deadline |
|-------|-----------------|--------------|
| Deadline to file Oppositions to Motion to Dismiss and Motion to Change Venue | Friday, December 26, 2025 | Friday, January 9, ~~2025~~ 2026 |
| Deadline to file Replies in support of Motion to Dismiss and Motion to Change Venue | Friday, January 2, ~~2025~~ 2026 | Friday, January 16, ~~2025~~ 2026 |
| Hearing date on Motions | Tuesday, January 13, ~~2025~~ @ 10am 2026 | Tuesday, January 27, ~~2025~~ @ 10am 2026 |

AS MODIFIED BY THE COURT,

**PURSUANT TO STIPULATION, IT IS SO ORDERED**.

^

Dated: ___December 18, 2025___        By: _Virginia K. DeMarchi_____

The Honorable Virginia K. DeMarchi
United States Magistrate Judge