UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ZOHO CORPORATION PVT. LTD, et al., <br><br> Plaintiffs, <br><br> v. <br><br> ORION LABS TECH, LLC, <br><br> Defendant. | Case No.  25-cv-08727-VKD <br><br> **ORDER DIRECTING DEFENDANT TO DELIVER CHAMBERS COPIES OF REPLY PAPERS** <br><br> Re: Dkt. Nos. 37, 38 |

The Court has not yet received chambers copies of defendant's reply papers filed on January 16, 2026 (Dkt. Nos. 37, 38).  This the second occasion on which defendant has failed to comply with the Court's requirement regarding delivery of chambers copies.  *See* Dkt. No. 33.  By **4:00 p.m. on January 22, 2026**, defendant shall deliver chambers copies of those filings in accordance with this Court's Standing Order.

The Court admonishes defendant and its counsel for this failure to comply.

**IT IS SO ORDERED.**

Dated: January 21, 2026

Virginia K. DeMarchi
United States Magistrate Judge

United States District Court
Northern District of California