**ROZIER HARDT MCDONOUGH PLLC**
James F. McDonough, III (*pro hac vice*)
Email: jim@rhmtrial.com
659 Auburn Avenue NE, Unit 254
Atlanta, Georgia 30312
Telephone: (404) 564-1866

*For Defendant ORION LABS TECH, LLC*

**MARTON RIBERA SCHUMANN & CHANG LLP**
Ryan J. Marton (223979)
Email: ryan@martonribera.com
548 Market Street, Suite 36117
San Francisco, California 94104
Telephone.: (415) 360-2511

*For Plaintiffs ZOHO CORPORATION PVT. LTD., ZOHO CORPORATION, and ZOHO TECHNOLOGIES CORPORATION*

(additional attorneys listed on signature page)

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

ZOHO CORPORATION PVT. LTD., ZOHO CORPORATION, and ZOHO TECHNOLOGIES CORPORATION.,

Plaintiffs,

v.

ORION LABS TECH, LLC,

Defendant.

Case No. 5:25-cv-08727-VKD

**STIPULATION OF DISMISSAL**

**Magistrate Judge Virginia K. DeMarchi**

Defendant Orion Labs Tech, LLC ("Orion") and Plaintiffs Zoho Corporation Pvt. Ltd., Zoho Corporation, and Zoho Technologies Corporation (all together, "Zoho") (collectively the "Parties"), by and through their counsel of record, hereby jointly file this Stipulation of Dismissal, dismissing all claims by Orion WITH PREJUDICE and dismissing all claims by Zoho WITHOUT PREJUDICE pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).

Each of the Parties shall bear its own costs and fees.

//

DATED: June 2, 2026

Respectfully submitted,

/s/ James F. McDonough, III

Ryan E. Hatch (SBN 235577)
**HATCH LAW, P.C.**
13323 Washington Blvd, Suite 302
Los Angeles, California 90066
Telephone: (310) 279-5076
Facsimile: (310) 693-5328
Email: ryan@hatchlaw.com

James F. McDonough, III *
**ROZIER HARDT MCDONOUGH PLLC**
659 Auburn Avenue NE, Unit 254
Atlanta, Georgia 30312
Telephone: (404) 564-1866
Email: jim@rhmtrial.com

Attorneys for *Defendant ORION LABS TECH, LLC*

* admitted *pro hac vice*

By:/s/ *Ryan J. Marton #*

Ryan J. Marton (SBN 223979)
Carolyn Chang (SBN 217933)
Hector J. Ribera (SBN 221511)
Phillip J. Haack (SBN 262060)
Songmee L. Connolly (SBN 228555)
**MARTON RIBERA SCHUMANN & CHANG LLP**
548 Market Street, Suite 36117
San Francisco, California 94104
Telephone: (415) 360-2515
Email: ryan@martonribera.com
Email: carolyn@martonribera.com
Email: hector@martonribera.com
Email: phaack@martonribera.com
Email: songmee@martonribera.com

*For Plaintiffs Zoho Corporation Pvt. Ltd., Zoho Corporation and Zoho Technologies Corporation*

# - e-signed with express permission